## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHRISTIAN JACKSON**                                                                    **PLAINTIFF**
**ADC #161090**

**V.**                              **NO. 4:25-cv-00783-JM-ERE**

**JAMES SHIPMAN,** *et al.*                                                        **DEFENDANTS**

## <u>ORDER</u>

Defendants previously filed a motion to compel asking the Court to order *pro se* plaintiff Christian Jackson to respond to their written discovery requests. *Doc. 34.* Mr. Jackson has now filed his responses to Defendants' first set of interrogatories.[1] *Doc. 39.*

IT IS THEREFORE ORDERED THAT Defendants' motion to compel (*Doc. 34*) is DENIED, as moot.

So Ordered 22 July 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In addition, defense counsel has confirmed that Mr. Jackson has provided a signed medical authorization.